Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0240

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMA KRISTINE STARKEL,<br><br>Defendant. | No. 6:20-po-00290-JDP<br><br>**MOTION TO DISMISS AND RESOLVE THROUGH FORFEITURE OF COLLATERAL; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The parties have reached a resolution in this matter wherein the Government will dismiss the pending citation 9293652, Failure to Produce Proof of Insurance, and proceed with citation 9290375, Excessive Speed, which the Defendant will pay a fine consistent with the bail schedule, $180, plus a $30 processing fee, through the Central Violations Bureau within 90 days and traffic school is recommended. The Government also moves the Court to waive any associated late fees.

Dated: October 7, 2020                            /S/ Sean O. Anderson
                                                  Sean O. Anderson
                                                  Acting Legal Officer
                                                  Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefore, it is hereby ordered that the above-referenced matter, *United States v. Starkel,* Case 6:20-po-00290-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 8, 2020

_____
UNITED STATES MAGISTRATE JUDGE